JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| MARCUS OWENS,<br>Plaintiff,<br>v.<br>SAN BERNARDINO COUNTY SHERIFFS JAIL, et al.,<br>Defendants. | Case No. 5:26-cv-04269-ODW-JDE<br><br>JUDGMENT |

Pursuant to the Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: August 6, 2026_____

OTIS D. WRIGHT, II
United States District Judge